```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF ARKANSAS
                        FORT SMITH DIVISION
```

UNITED STATES                                           PLAINTIFF/RESPONDENT

v.                         Case No. 14-CV-2160
                           Case No. 08-CR-20050

JAMIE ALEXANDER                                         DEFENDANT/PETITIONER

### ORDER

On this 18th day of December, 2014, there comes on for consideration the report and recommendation (Doc. 32) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Defendant's objections (Doc. 37).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 32) is DENIED and DISMISSED WITH PREJUDICE as barred by the statute of limitations.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge