UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              No. 2:08-CR-20050

JAMIE ALEXANDER                                                                         DEFENDANT

## ORDER

Defendant Jamie Alexander has filed a motion (Doc. 58) pursuant to 18 U.S.C. § 3583(e) for early termination of her term of supervised release. The Government has filed a response (Doc. 59) indicating it has no opposition. The Court has consulted with the United States Probation Officer who has been supervising Ms. Alexander during the term of supervised release.

Ms. Alexander was sentenced to 150 months of imprisonment for distribution of methamphetamine. While incarcerated, she completed RDAP, took small business classes, parenting classes, psychology classes, and health and recreation classes, and otherwise proactively availed herself of BOP's rehabilitative services. (Docs. 53 and 58). While released to a halfway house, and thereafter while on supervised release, Ms. Alexander has been a law-abiding supervisee, has complied with the conditions of her release, and has satisfied all financial obligations imposed upon her at sentencing. She has continued her efforts at rehabilitation and positive reintegration into the community. Notably, she has also maintained employment and received a promotion during that time.

Supervision of Ms. Alexander has reached a point where it is doing more to interfere with her rehabilitation and reintegration than it is to encourage it. In particular, compliance with conditions of supervised release is beginning to have a negative effect on her thus far successful employment. The Court finds that continued supervision is contrary to the purpose of the relevant

sentencing factors in 18 U.S.C. § 3553(a) and that termination of supervised release and discharge are warranted by Ms. Alexander's conduct and the interest of justice. The Court will grant her motion.

In addition to granting her the relief she seeks, the Court is pleased to extend to Ms. Alexander the congratulations and commendation she has earned. Her rehabilitative path has not been an easy one, and the Court's docket is full of cases involving defendants who have not managed as well as she has. The Court is encouraged by Ms. Alexander's success, happy to see her in a much better position at the end of her case than she was at the beginning, and because of her remarkable positive effort, hopeful that Ms. Alexander need never again interact with this Court, or any other, in relation to a criminal case.

IT IS THEREFORE ORDERED that Defendant Jamie Alexander's motion (Doc. 58) is GRANTED, her term of supervised release is terminated, and she is discharged.

IT IS SO ORDERED this 20th day of April, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE